UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32635 |
|---|---|
| MARK T. BOWEN | (Chapter 13) |
| DARLENE P. BOWEN | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4094558**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 17 | CLEARCHECK INC<br>135 INTERSTATE BOULEVARD<br>GREENVILLE, SC  29615 | 2.19 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/23/2011

Certificate of Service   06-32635

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK T. BOWEN
DARLENE P. BOWEN
6560 BAYBROOK COURT
MIDDLETOWN, OH  45044

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(25.1n)
ANDREW A PAISLEY
4500 COURTHOUSE BLVD STE 400
STOW, OH  44224

(1024.1n)
B LINE LLC
MS 550
BOX 91121
SEATTLE, WA  98111

(17.1)
CLEARCHECK INC
135 INTERSTATE BOULEVARD
GREENVILLE, SC  29615

(1023.1n)
GREGORY D DELEV
1050 DELTA AVE
SUITE 1000
CINCINNATI, OH  45202

(24.1n)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(1025.1n)
LEANN E COVEY
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH  44224

(1021.1n)
OHIO DEPARTMENT OF TAXATION
GREGORY DELEV
1050 DELTA AVE  STE 1000
CINCINNATI, OH  45208

(23.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv